# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY LOBURGIO, individually and on behalf of all others similarly situated; | Case No.: 1:24-cv-11437 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| SAINT XAVIER UNIVERSITY, | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Anthony LoBurgio, individually and on behalf of all others similarly situated ("Plaintiff") hereby voluntarily dismisses Defendant Saint Xavier University ("Defendant") without prejudice.

Date: December 02, 2024,        Respectfully submitted,

/s/ Joshua Sanford
Joshua Sanford
Arkansas Bar No. 2001037
**EKSM, LLP**
10800 Financial Centre Parkway
Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
ecfnotices@sanfordlawfirm.com

**EKSM, LLP**
Leigh S. Montgomery*
Texas Bar No. 24052214
lmontgomery@eksm.com
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931

1

Fax: (888) 276-3455
**ATTORNEYS FOR PLAINTIFF AND**
**THE PUTATIVE CLASS**
(* denotes *pro hac vice* forthcoming)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that I conferred with Counsel Defendant Saint Xavier University on December 02, 2024, and they are unopposed to the Notice of Voluntary Dismissal.

/s/ Joshua Sanford
Joshua Sanford, Esquire

## CERTIFICATE OF SERVICE

I certify that on December 02, 2024, a copy of the foregoing document was filed and served on all parties in accordance with the protocols for e-filing in the Federal Rules of Civil Procedure.

/s/ Joshua Sanford
Joshua Sanford, Esquire