**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ANTHONY LOBURGIO, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>SAINT XAVIER UNIVERSITY,<br><br>Defendant. | Case No.: 1:24-cv-11437<br><br>**JURY TRIAL DEMANDED** |

**[proposed] ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

On this day, the Court considered Plaintiff Anthony LoBurgio, individually and on behalf of all others similarly situated; Voluntary Dismissal of his claims against Defendant Saint Xavier University without prejudice.

**IT IS HEREBY ORDERED** that Plaintiff Anthony LoBurgio, individually and on behalf of all others similarly situated; Voluntary Dismissal Without Prejudice of Defendant Saint Xavier University is **GRANTED**, and this matter is now closed.

Signed this _____ day of _____ 2024.

_____
United States District Judge

1