## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Anthony LoBurgio

        Plaintiff,

v.                 Case No.: 1:24−cv−11437
                 Honorable Lindsay C. Jenkins

Saint Xavier University

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 3, 2024:

  MINUTE entry before the Honorable Lindsay C. Jenkins: Pursuant to the stipulation of dismissal [5] the matter is dismissed without prejudice under FRCP 41(a)(1)(A). Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.